IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Muhammad, Dennis D<br>Muhammad, Navena M<br>Printed: 4/8/08 | Case Number: 07 B 24004<br>Judge: Hollis, Pamela S<br>Filed: 12/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nella E Mariani PC | Administrative | 2,500.00 | 0.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 2,158.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 8,350.00 | 0.00 |
| 4. | TP Realty And Management Company | Secured | 9,029.00 | 0.00 |
| 5. | Northern Trust | Secured | 36,132.00 | 0.00 |
| 6. | Capital One | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 0.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 9. | Capital One | Unsecured | 0.00 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 5,812.82 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 12. | Northern Trust | Secured | | No Claim Filed |
| 13. | Northern Trust | Secured | | No Claim Filed |
| 14. | Marquette National Bank | Secured | | No Claim Filed |
| 15. | Fifth Third Bank | Secured | | No Claim Filed |
| 16. | Cadleway Properties | Secured | | No Claim Filed |
| 17. | Cornell Square Condo Assoc | Secured | | No Claim Filed |
| 18. | Westmont Interior Supply House | Secured | | No Claim Filed |
| 19. | American Express | Unsecured | | No Claim Filed |
| 20. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 22. | Federated Retail Holdings Inc | Unsecured | | No Claim Filed |
| 23. | MCI | Unsecured | | No Claim Filed |
| 24. | Marquette National Bank | Unsecured | | No Claim Filed |
| 25. | Cornell Square Condo Assoc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Muhammad, Dennis D  
      Muhammad, Navena M  
      Printed:  4/8/08

Case Number:  07 B 24004  
Judge:  Hollis, Pamela S  
Filed:  12/20/07

| | | | |
|---|---|---|---|
| 26. | Recovery Management Systems Corp. | Unsecured | No Claim Filed |
| 27. | Illinois Dept of Revenue | Unsecured | No Claim Filed |
| 28. | GEMB | Unsecured | No Claim Filed |

$ 63,981.82          $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____